AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

MICHAEL W. EVANS

**CRIMINAL COMPLAINT**

FILED
JUN - 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Name and Address of Defendant)

CASE NUMBER: 05 - 0 3 3 1 M - 0 1

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JUNE 7, 2005__ in __WASHINGTON__ county, in the _____

District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance; and having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a .357 caliber revolver and .357 caliber ammunition.

in violation of Title __21 & 18__ United States Code, Section(s) __841(a)(1) and 922(g)(1)__.

I further state that I am __OFFICER SHALONDA MILLER__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

X _____
Signature of Complainant
OFFICER SHALONDA MILLER
FIRST DISTRICT, MPD

Sworn to before me and subscribed in my presence,

JUN - 8 2005                                    at        Washington, D.C.
Date                                                      City and State
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                                     _____
Name & Title of Judicial Officer                          Signature of Judicial Officer