## STATEMENT OF FACTS

On Tuesday, June 7, 2005, at about 4:37 p.m., sworn officers with the Metropolitan Police Department's First District were in the 1400 block of East Capitol Street, S.E., Washington, D.C. when they saw the defendant, Michael Evans, get into the driver's side of a Dodge Durango, and conduct a drug transaction with a female. Officers gave a lookout for the defendant and the female. The female was stopped by officers, and officers recovered plastic packet with 12 ziplock packets containing a white powder substance which field tested positive for opiates, and 3 ziplock packets containing a white rock-like substance which field tested positive for cocaine. Officers stopped the defendant, and recovered from the center console of the defendant's Durango, was a black pouch containing 120 black ziplock packets containing a white powder and 1 ziplock packet containing a white rock-like substance. Also recovered from the center console was a magnetic key holder with 15 ziplock packets containing a white powder substance, and 7 ziplock packets containing a white rock-like substance. Recovered from the rear passenger seat was a black key case with 34 ziplock packets containing a white powder substance. A portion of the white powder substance field tested positive for opiates, and a portion of the white rock-like substance field tested positive for cocaine. Recovered from the defendant was $631.00 in U.S. Currency. Officers placed the defendant under arrest. Further search of the car revealed a black pouch containing a loaded .357 caliber revolver in the rear of the Durango. Officers also recovered the registration which has the defendant as the owner of the Dodge Durango. To the best of the undersigned officer's knowledge, defendant Michael Evans, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F11765-94. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. She wrote her initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officers' knowledge there are no .357 caliber revolvers nor ammunition manufactured in the District of Columbia.

_____
OFFICER SHALONDA MILLER
FIRST DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JUNE, 2005.
JUN - 8 2005

_____
U.S. MAGISTRATE JUDGE

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE