AO 470 (8/85) Order of Temporary Detention

# United States District Court

DISTRICT OF __Columbia__

UNITED STATES OF AMERICA

V.

__Michael Evans__
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: __05-331 M__

Upon motion of the __Government__, it is ORDERED that a detention hearing is set for __6-27-05__ * at __1:45__
     Date                                                                   Time

before __Magistrate Judge John M. Facciola__
     Name of Judicial Officer

__Courtroom 4 Second Floor__
     Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
     Other Custodial Official

Date: __06/08/05__                                          __John M. Facciola__
                                                                              Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.